IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMMY RAY O'KELLEY,

        Petitioner,

vs.                                  No. CIV-10-702 JCH/ACT

MIKE HEREDIA, Warden,
and GARY K. KING,
Attorney General for the
State of New Mexico,

        Respondents.

## ORDER

The Court having entertained this habeas corpus petition *in forma pauperis* pursuant to 28 U.S.C. § 2254, and Respondents having answered the petition,

IT IS HEREBY ORDERED that Respondents shall cause all state court records and transcripts in the case of State v. Jimmy R. O'Kelly[sic], No. D-307-CR-200010000584 (Third Judicial District, County of Dona Ana, New Mexico), including records and transcripts of pretrial proceedings, and records of parole and probation, if applicable, be forwarded to the Court on or before February 15, 2011, for the purpose of examination and review, with the assurance that the state court records and transcripts will be returned to the clerk of the proper court, or other appropriate state custodian, upon the termination of the proceedings herein.

                                                              _____
                                                              ALAN C. TORGERSON
                                                              UNITED STATES MAGISTRATE JUDGE