**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JIMMY RAY O'KELLEY,

        Petitioner,

vs.                                                                                     No. CIV-10-702 JCH/ACT

MIKE HEREDIA, Warden,
and GARY K. KING,
Attorney General for the
State of New Mexico,

        Respondents.

## ORDER

THIS MATTER comes before the Court on Petitioner Jimmy Ray O'Kelley's Motion for an Extension of Time to File an Objection [Doc. 18] to the undersigned's Proposed Findings and Recommended Disposition [Doc. 52]. The Court determines that there is no need for a response and will grant the Petitioner's request for an extension to file an objection until June 14, 2011.

**IT IS THEREFORE ORDERED** that the parties in this matter have until June 14, 2011 in which to file objections to the undersigned's Proposed Findings and Recommended Disposition [Doc. 52].

                                                                                ALAN C. TORGERSON
                                                                                United States Magistrate Judge